NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**CHESAPEAKE MARINE TOURS, INC., AND DBA WATERMARK CRUISES,**
*Appellant,*

**v.**

**ALCATRAZ MEDIA, INC.,**
*Appellee.*

———————————

2014-1031

———————————

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in Cancellation No. 92050879.

———————————

**JUDGMENT**

———————————

H. JAY SPIEGEL, H. Jay Spiegel & Associates, of Mount Vernon, Virginia argued for appellant.

KEVIN W. GRIERSON, Culhane Meadows, PLLC, of Williamsburg, Virginia argued for appellee.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (WALLACH, TARANTO, and CHEN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| May 13, 2014 | /s/Daniel E. O'Toole |
|---|---|
| Date | Daniel E. O'Toole |
| | Clerk of Court |